UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X     24-CV-2665 (AMD) (AYS)
ERWIN ARRIASA CARRERA, *individually
and on behalf of others similarly situated*,

                        *Plaintiff*,     **SUGGESTION OF DEATH**

        -against-

J&R EARTH, INC. (D/B/A J&R
EARTHWORKS), JBD CONTRACTING,
INC. (D/B/A J&R EARTHWORKS), JACK
DASILVA, and RUSELL GRITZMACHER,

                        *Defendants.*
-------------------------------------------------------X

**STATEMENT NOTING DEATH OF PLAINTIFF ERWIN ARRIASA CARRERA**

     Pursuant to Federal Rule of Civil Procedure 25(a), please take notice that the plaintiff in the above-captioned proceeding, Erwin Arriasa Carrera, died on May 25, 2024. To date, no executor or administrator has been appointed on his behalf.

Dated:  New York, New York
           June 10, 2024

                                          CSM Legal, P.C.

                                          By:  /s/ Jesse Barton
                                                   Jesse Barton, Esq.
                                                   60 East 42nd Street, Suite 4510
                                                   New York, New York 10165
                                                   (212) 317-1620
                                                   *Attorneys for Plaintiff*