# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                                            Telephone: (212) 317-1200
New York, New York 10165                                                                Facsimile: (212) 317-1620

_____

**<u>Via Electronic Filing</u>**                                                                                                     September 18, 2024

Honorable Anne Y. Shields
United States Magistrate Judge
100 Federal Plaza
P.O. Box 840
Central Islip, New York 11722
Courtroom 840

        Re:    Arriasa Carrera v. J&R Earth, Inc. et al
                  <u>Case No.: 2:24-cv-02665-AMD-AYS</u>

Dear Judge Shields:

      This firm represents Plaintiff in the above-referenced matter. We write to respectfully request the initial conference, currently scheduled for September 25, 2024, be adjourned sine die. This is the first request of its kind and is submitted on consent of the Defendants.

      Unfortunately, Plaintiff has passed away (Docket No. 13). Defendants intend to file a motion to dismiss this case, which we will not be opposing (Docket Nos. 17 & 18). As such, we respectfully request the initial conference be adjourned sine die.

                                                  Respectfully,

                                                  Jesse S. Barton, Esq.
                                                  CSM Legal, P.C.
                                                  60 E 42nd Street, Suite 4510
                                                  New York, NY 10165
                                                  *Attorneys for Plaintiff*